IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:   13-cv-01873-KMT

LUCIEN PADAWER

      Plaintiff,

v.

MICHAEL ANDREWS & ASSOCIATES, LLC

      Defendant.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed on September 17, 2013 (ECF No. 17).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 18th day of September, 2013.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge